NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1533

TIMOTHY PETER BAKER,

Plaintiff-Appellant,

v.

JANET NAPOLITANO, Secretary of Homeland Security,

Defendant-Appellee,

and

AMY KATHARINE JOHNSON and RYAN WEDLUND,

Defendants.

Appeal from the United States District Court for the Southern District of Alabama in case no. 1:09-CV-00036, Judge Callie V.S. Granade.

ON MOTION

Before MICHEL, Chief Judge, SCHALL and LINN, Circuit Judges.

PER CURIAM.

ORDER

Timothy Peter Baker moves for reconsideration of this court's order transferring his appeal to the United States Court of Appeals for the Eleventh Circuit.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for reconsideration is denied.

FOR THE COURT

APR 1 6 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Timothy Peter Baker
      Devin A. Wolak, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 6 2010

JAN HORBALY
CLERK

2009-1533                          2